UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Kevin Jose CHAVARRIA RODRIGUEZ, | Case No.: 26-cv-4066-AGS-DEB |
|---|---|
| Petitioner, | **ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE** |
| v. | |
| Jeremy CASEY, et al., | |
| Respondents. | |

Petitioner Kevin Chavarria Rodriguez seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. He asks that the government "immediately release" him from detention (ECF 1, at 13), and "the government does not oppose the petition" (ECF 4, at 3). The Court thus **GRANTS** the petition and orders respondents to immediately release petitioner. All pending deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  July 23, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1